Jonathan Gross, State Bar No. 122010
jgross@bishop-barry.com
Victor Jacobellis, State Bar No. 278988
vjacobellis@bishop-barry.com
BISHOP | BARRY | DRATH
2000 Powell Street, Suite 1425
Emeryville, California 94608
Telephone: (510) 596-0888
Facsimile:  (510) 596-0899

Attorneys for Defendants
AMERICAN GUARANTEE AND
LIABILITY INSURANCE COMPANY; AMERICAN
ZURICH INSURANCE COMPANY; ZURICH
AMERICAN INSURANCE COMPANY; and
ZURICH AMERICAN INSURANCE COMPANY
OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DGP ASSOCIATES, LP,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 3:12-cv-06348 EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' OBJECTIONS TO REPLY TO DEFENDANTS' OPPOSITION TO MOTION TO REMAND**<br><br>Date: March 7, 2013<br>Time: 1:30 p.m.<br>Courtroom: 5<br>Judge: Hon. Edward M. Chen |

/ / /

**ORDER**

The Court having considered all pleadings and papers submitted by the parties regarding the Zurich Defendants' Objection to and Request to Strike New Evidence and Argument in Plaintiff's Reply To Defendant's Opposition to Motion to Remand or, in the Alternative, Request for Leave to File Sur-Reply, including Declarations and Exhibits, the materials on file with the Court, and finding that Plaintiff has presented new evidence and arguments in its Reply to Defendants' Opposition to Motion to Remand,

IT IS HEREBY ORDERED that:

(a) The Zurich Defendants' Motion is GRANTED;

(b) The Declaration of John Piccetti in Support of Plaintiff's Reply to Defendants' Opposition to Motion to Remand is stricken; and

(c) The Declaration of Josephine Lo, and all attached exhibits, in Support of Plaintiff's Reply to Defendants' Opposition to Motion to Remand is stricken;

or in the alternative,

(a) The Zurich Defendants are granted leave to file a sur-reply to respond to the new evidence and arguments raised in Plaintiff's Reply to Defendants' Opposition to Motion to Remand; and

(b) The Zurich Defendants' sur-reply is to be filed by ____March 7_____, 2013.

(c) The motion hearing is reset from March 7, 2013 to March 14, 2013 at 1:30 p.m.

IT SO ORDERED,

Dated: ____2/28___, 2013      By: _____
                              Honorable _____ Chen
                              _____ Court Judge
                              _____ California



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen